| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>792784<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>856-813-5500<br>Attorneys for DITECH FINANCIAL LLC | Order Filed on January 18, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>SHAKAIB AMIN | Case No: 17-18366 - MBK<br><br>Judge: MICHAEL B KAPLAN<br><br>Chapter: 13 |

# ORDER RESPECTING REQUEST FOR
# EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 18, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation filed by SHAKAIB AMIN, on 06/08/2017, and a Request for

☐ Extension of the 90 day Loss Mitigation Period having been filed by_____, and for good cause shown

☒ Early Termination of the Loss Mitigation Period having been filed by DITECH FINANCIAL LLC, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____,

The Loss Mitigation Period is terminated effective 01/12/2018. Upon termination, any adequate protection payment allowed by prior court order or Chapter 13 Plan provision is hereby vacated and the debtor is required to resume making payments at the contract rate.

The debtor is also required to cure any post-petition arrears that may have been incurred due to tendering a payment amount less than the contract rate.